IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **United States of America,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   2:23-cr-170-LSC-SGC |
| | ] |
| **Fred Lee Plump, Jr.,** | ] |
| | ] |
| **Defendant.** | ] |
| | ] |

## **ORDER**

This action is scheduled for a sentencing hearing for Defendant Fred Lee Plump Jr., on **Monday, October 23, 2023, at 10:00 AM,** Courtroom 4B, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby ORDERED that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court. In the

absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this Order.

    Done this <u>28th</u> day of <u>June, 2023</u>.

                                                           L. Scott Coogler  
                                            United States District Judge

202713