IN THE DISTRICT COURT OF UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| V. ) | **CASE NO.   2:23-cr-170** |
| ) | |
| **FRED LEE PLUMP, JR.,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

### MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

COMES NOW the Defendant, Fred Lee Plump, Jr., by and through his counsel, and respectfully moves this Honorable Court for leave to file a document containing personal identifying and/or HIPAA protected information under seal.

WHEREFORE, PREMISES CONSIDERED, we respectfully request this Honorable Court to allow Counsel for the Defendant to file said document under seal.

                                RESPECTFULLY SUBMITTED,

                                *l/s Richard S. Jaffe*
                                RICHARD S. JAFFE

                                *l/s Michael P. Hanle*
                                MICHAEL P. HANLE

                                *l/s Michael W. Whisonant, Jr.*
                                MICHAEL W. WHISONANT, JR.

OF COUNSEL:
JAFFE, HANLE, WHISONANT & KNIGHT, P.C.
2320 ARLINGTON AVENUE SOUTH
BIRMINGHAM, AL 35205
205-930-9800

### CERTIFICATE OF SERVICE

  I do hereby certify that I have on this the 14th day of July 2023 served a copy of the foregoing by electronically filing to all parties involved.

              <u>*l/s Michael P. Hanle*</u>
              MICHAEL P. HANLE